1  CAROL C. LAM
   United States Attorney
2  STEVEN DE SALVO
   Assistant United States Attorney
3  California State Bar No. 199904
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7032
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

   FILED
   FEB 2 2 2007
   CLERK, U.S. DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
   BY _____ DEPUTY

8
                   UNITED STATES DISTRICT COURT
9
                 SOUTHERN DISTRICT OF CALIFORNIA     07CR 0416 BEN
10
   UNITED STATES OF AMERICA,        )   Magistrate Case No. 07MJ0220
11                                  )
                  Plaintiff,        )
12                                  )   STIPULATION OF FACT AND JOINT
          v.                        )   MOTION FOR RELEASE OF
13                                  )   MATERIAL WITNESS(ES) AND
   ELIADIO DAMIAN-BAUTISTA (1),     )   ORDER THEREON
14                                  )
                  Defendant.        )
15 _____ )   (Pre-Indictment Fast-Track Program)

16        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES
17 OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and
18 Steven De Salvo, Assistant United States Attorney, and defendant ELIADIO DAMIAN-BAUTISTA,
19 by and through and with the advice and consent of defense counsel, Andrew Lah, Esq., Federal
20 Defenders of San Diego, Inc., that:
21        1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing
22 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,
23 intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead
24 guilty to the pre-indictment information charging defendant with a non-mandatory minimum count
25 of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)
26 and (v)(II).
27 //
28 //

SDD:rp:2/9/07

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **March 7, 2007.**

4. The material witnesses, Isuaro Miguel-Navarro, Crispin Pascual-Cruz and Isai Martinez-Lopez, in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about January 25, 2007;

    c. Were found in a vehicle driven by codefendant near Jamul, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d. Were paying $1,500-$1,600 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

1       c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

6.     By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

CAROL C. LAM
United States Attorney

Dated: 2/22/07

STEVEN DE SALVO
Assistant United States Attorney

Dated: 2/16/07

ANDREW LAH
Defense Counsel for Eliadio Damian-Bautista

Dated: 2/16/07

ELIADIO DAMIAN-BAUTISTA
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Eliadio Damian-Bautista (1)    3     07MJ0220

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 2/22/07

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Eliadio Damian-Bautista (1)    4    07MJ0220

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Eliadio Damian-Bautista, ) <br> et al. ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 07MJ220 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, __Major__

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Isuaro Miguel-Navarro

DATED: 2-22-07

Barbara L. Major
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Eliadio Damian-Bautista, et al. <br><br> Defendant(s) | CRIMINAL NO. 07MJ220 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Crispin Pascual-Cruz

DATED: 2-22-07

_Barbara L. Major_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
   DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
   Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Eliadio Damian-Bautista, et al.<br><br>Defendant(s) | CRIMINAL NO. 07MJ220<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, Major.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Isai Martinez-Lopez

DATED: 2-22-07

Barbara L. Major
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
               DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
      Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082