1

2   ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
    2044 First Avenue, Suite 200
3   San Diego, California 92101
    Telephone: (619) 233-7521
4   Facsimile: (619) 233-4516

**FILED**

APR 1 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

5

6   Attorney for Material Witness, Isauro MIGUEL-Navarro

**UNITED STATES DISTRICT COURT**

7

8   **SOUTHERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,          )   Criminal Case No.: 07CR0416
                                       )
11              Plaintiff,             )
                                       )
12          vs.                        )   Order to Exonerate the Appearance Bond for
                                       )   the Material Witness and Disburse the Bond
13                                     )   Funds
    ELIADIO DAMIAN-BAUTISTA,           )
14                                     )
                                       )
15              Defendant.             )
                                       )
16  ─────────────────────────

17                          ORDER
18       IT IS ORDERED that the personal surety bond for $5,000.00, which secured the
    presence of material witness Isauro MIGUEL-Navarro is exonerated.
19
         IT IS FURTHER ORDERED that the Clerk of the District Court shall release and
20
    disburse the $500.00 held in the Registry of the Court to the surety:
21
                    **Alicia Navarro**
22
                    **6522 La Miranda Ave., Apt. 303**
23
                    **Los Angeles, CA 90038**
24

25  Dated: 4/13/07

26                                          U. S. Magistrate Judge

27

28